XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER D. HALLORAN, State Bar No. 184025
Supervising Deputy Attorney General
CORI R. SARNO, State Bar No. 230559
Deputy Attorney General
DAVID S. KIM, State Bar No. 324531
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6182
  Fax: (916) 324-5567
  E-mail: Cori.Sarno@doj.ca.gov
*Attorneys for Defendant*
*California Department of Social Services*
*(erroneously sued as the State of California, Health*
*and Human Services Agency)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARICE SANDERS-HOLLIS,**<br><br>                      Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, HEALTH AND HUMAN SERVICES AGENCY, DEPARTMENT OF SOCIAL SERVICES; and DOES 1 through 20, inclusive,**<br><br>                      Defendants. | Case No. 2:19-cv-00092-KJM-DB<br><br>**CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' NOTICE OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE (12)(b)(6)**<br><br>Date:        November 22, 2019<br>Time:       10:00 a.m.<br>Dept:       3, 15th Floor<br>Judge:     The Honorable Kimberly J. Mueller<br>Trial Date: None Set<br>Action Filed: 8/20/2018 |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on November 22, 2019, at 10:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, located at United States District Court, Eastern District of California, 501 I Street, Sacramento, California, 95814, Courtroom 3, Defendant California Department of Social Services, erroneously sued herein as State of

1

California, Health and Human Services Agency, will, and hereby does, move the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Plaintiff's Complaint, and each of the nine cause of action therein, on the grounds that:

- The Complaint and each of the nine causes of action fail to allege any facts which if true, demonstrate a plausible claim for relief under any theory—the complaint contains nothing but legal conclusions.
- Plaintiff fails to plead sufficient facts to demonstrate the timely exhaustion of administrative remedies as is required to assert each of her claims under the FEHA, Title VII and the ADEA;

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Cori R. Sarno filed herewith, the pleadings and papers filed herein, and such other matters as may properly come before the Court.

**Meet and Confer Certification**

Pursuant to this Court's Order dated January 14, 2019 (Document 2-1) Defendant sent Plaintiff's counsel an email on October 11, 2019, to meet and confer regarding the grounds for the instant motion. Plaintiff's counsel responded, and a telephone call was arranged. Counsel had a telephone conversation on October 11, 2019, in which Defense counsel indicated there were no facts alleged in the Complaint and Defendant was unaware of the factual basis for this lawsuit. Defendant's counsel further raised concerns over the timely exhaustion of administrative remedies and although Plaintiff's counsel claims that timely exhaustion occurred, Plaintiff's counsel did not provide any proof to Defendant's counsel. Instead, Plaintiff's counsel indicated that he felt the Complaint was sufficient, as plead, under notice pleading standards, and that Defense counsel should go ahead and file the motion to dismiss.

///
///
///
///
///

1  Defendant's counsel's office further requests that oral argument be held to afford the
2 opportunity to argue the motion by a new attorney in Defendant's counsel's office who has never
3 argued a motion in court.

4 Dated: October 21, 2019                                  Respectfully submitted,

                                                           XAVIER BECERRA
                                                           Attorney General of California
                                                           PETER D. HALLORAN
                                                           Supervising Deputy Attorney General


                                                           */s/ Cori R. Sarno*


                                                           CORI R. SARNO
                                                           Deputy Attorney General
                                                           *Attorneys for Defendant*
                                                           *California Department of Social Services*
                                                           *(erroneously sued as the State of California*
                                                           *and the Health and Human Services Agency)*

SA2019100060
Notice of Motion to Dismiss.docx

# CERTIFICATE OF SERVICE

Case Name: **Clarice Sanders-Hollis v. State of California, Health and Human Services Agency, Department of Social Services**    No.   2:19-cv-00092-KJM-DB

I hereby certify that on <u>October 21, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' NOTICE OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE (12)(b)(6)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 21, 2019</u>, at Sacramento, California.

| Marianne Baschiera | */s/ Marianne Baschiera* |
|---|---|
| Declarant | Signature |

SA2019100060
POS notice of motion.docx