XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER D. HALLORAN, State Bar No. 184025
Supervising Deputy Attorney General
CORI R. SARNO, State Bar No. 230559
Deputy Attorney General
DAVID S. KIM, State Bar No. 324531
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6182
 Fax: (916) 324-5567
 E-mail: Cori.Sarno@doj.ca.gov
*Attorneys for Defendant*
*California Department of Social Services*
*(erroneously sued as the State of California and the*
*Health and Human Services Agency)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARICE SANDERS-HOLLIS,**<br><br>                                      Plaintiff,<br><br>**v.**<br><br>**STATE OF CALIFORNIA, HEALTH AND HUMAN SERVICES AGENCY, DEPARTMENT OF SOCIAL SERVICES; and DOES 1 through 20, inclusive,**<br><br>                                      Defendants. | Case No. 2:19-cv-00092-KJM-DB<br><br>**DECLARATION OF CORI R. SARNO IN SUPPORT OF CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE (12)(b)(6)**<br><br>Date:          November 22, 2019<br>Time:         10:00 a.m.<br>Dept:          3, 15th Floor<br>Judge:        The Honorable Kimberly J. Mueller<br>Trial Date:  None Set<br>Action Filed: 8/20/2018 |

I, Cori R. Sarno declare:

1. I am an attorney at law duly licensed to practice law before all courts of the State of California and the United States District Court for the Eastern District of California. I have been appointed and serve as a Deputy Attorney General in the Office of the Attorney General, and am counsel of record for Defendant the California Department of Social Services. If called upon to, I can testify competently and from personal knowledge to the following.

1

Declaration of Cori R. Sarno in Support of California Department of Social Services'
Motion to Dismiss (Case No. 2:19-cv-00092-KJM-DB)

2. I received the Plaintiff Clarice Sanders-Hollis' first amended complaint on or around October 11, 2019. The following Monday, I sent the Plaintiff's Counsel, Mike Freiman an email in which I indicated that I wanted to meet and confer regarding the insufficiencies in the first amended complaint. Thereafter we had a phone conversation. During the conversation I relayed that from what I had seen from the records I requested from the DFEH, I was concerned regarding whether Plaintiff's claims had been timely exhausted. I was also concerned that the lack of factual information in the complaint did not give me any information regarding who the alleged wrongdoers were, when the wrongdoing occurred Mr. Freiman disagreed, and claimed that nowhere is he required to allege the dates of the events at issue or any further factual detail. As we were not able to come to agreement on the sufficiency of the first amended complaint, I decided that another motion to dismiss should be filed.

3. Defendant has submitted a request for judicial notice in support of the motion to dismiss. The documents attached thereto are all true and correct copies of the documents obtained by my office pursuant to public records act requests to the Department of Fair Employment and Housing. We have not yet received the records requested from the Equal Employment Opportunity Commission. Specifically, Defendant has asked the Court to take judicial notice of the following in considering the motion to dismiss:

   a. Attached as **Exhibit A** to the Request for Judicial Notice is a true and correct copy of the Acknowledgement of Inquiry Filing, dated April 3, 2016, my office obtained pursuant to our request for public records from the California DFEH;

   b. Attached as **Exhibit B** to the Request for Judicial Notice is a true and correct copy of Notice of Pre-Complaint Inquiry Closure, dated July 19, 2016, my office obtained pursuant to our request for public records from the California DFEH;

   c. Attached as **Exhibit C** to the Request for Judicial Notice is a true and correct copy of Plaintiff's DFEH Complaint, No. 201808-03290420, dated August 20, 2018, my office obtained pursuant to our request for public records from the California DFEH;

2

      d. Attached as **Exhibit D** to the Request for Judicial Notice is a true and correct copy of Plaintiff's Notice of Case Closure and Right to Sue, dated August 20, 2018, my office obtained pursuant to our request for public records from the California DFEH;

      e. Attached as **Exhibit E** to the Request for Judicial Notice is a true and correct copy of Plaintiff's DFEH Complaint, No. 555-2016-01065, dated July 25, 2016, my office obtained pursuant to our request for public records from the California DFEH;

      f. Attached as **Exhibit F** to the Request for Judicial Notice is a true and correct copy of Notice to Complainant of Right to Sue from the DFEH, dated August 15, 2016 my office obtained pursuant to our request for public records from the California DFEH.

      g. Attached as **Exhibit G** to the Request for Judicial Notice is a true and correct copy of the employee separation form indicating that Plaintiff was separated from the Department of Social Services employment on or around January 8, 2018, in order to transfer to CalTrans, another state agency.

4. In light of the need for another motion under FRCP 12(b)(6), I enlisted the assistance of one of my office's newest attorneys, David Kim who has less than one year experience as an attorney, to assist with drafting the motion to dismiss, in hopes he would have the opportunity to argue the motion. Mr. Kim has never argued a motion in court and is excited at the prospect of arguing the instant motion should the Court be willing to entertain oral argument.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 21st day of October, 2019 in Sacramento, California.

                                  */s/ Cori R. Sarno*

                                  CORI R. SARNO

SA2019100060
Declaration of Cori Sarno iso Motion to Dismiss.docx

3

Declaration of Cori R. Sarno in Support of California Department of Social Services'
Motion to Dismiss (Case No. 2:19-cv-00092-KJM-DB)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Clarice Sanders-Hollis v. State of California, Health and Human Services Agency, Department of Social Services** | No. | 2:19-cv-00092-KJM-DB |

I hereby certify that on <u>October 21, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF CORI R. SARNO IN SUPPORT OF CALIFORNIA DEPARTMENT OF SOCIAL SERVICES' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE (12)(b)(6)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 21, 2019</u>, at Sacramento, California.

| | |
|---|---|
| Marianne Baschiera | */s/ **Marianne Baschiera*** |
| Declarant | Signature |

SA2019100060
POS dec.docx