XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANDREA R. AUSTIN, State Bar No. 173630
Supervising Deputy Attorney General
DAVID S. KIM, State Bar No. 324531
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6151
  Fax: (916) 324-5567
  E-mail: David.Kim@doj.ca.gov
*Attorneys for Defendant
California Department of Social Services
(erroneously sued as the State of California and the
Health and Human Services Agency)*

Michael J. Freiman, Esq., State Bar No. 280716
Law Office of Michael Freiman
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
(310) 917-1022
mike@employlegal.com
*Attorney for Plaintiff Clarice Sanders-Hollis*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARICE SANDERS-HOLLIS,** | Case No. 2:19-cv-00092-KJM-DB |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND OCTOBER 2, 2019 STATUS (PRETRIAL SCHEDULING) ORDER REGARDING PENDING DEADLINES** |
| v. | |
| **STATE OF CALIFORNIA, HEALTH AND HUMAN SERVICES AGENCY, DEPARTMENT OF SOCIAL SERVICES; and DOES 1 through 20, inclusive,** | |
| Defendants. | |

//

//

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE TO THE FOLLOWING:

1

1.      On October 2, 2019, the Court issued a Status (Pretrial Scheduling) Order setting cutoff dates for discovery and dispositive motions. Specifically, the Court ordered that "[all] discovery shall be completed by **July 1, 2020**[,]" that "[a]ll counsel are to designate in writing and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **August 10, 2020**[,]" that "any party who previously disclosed expert witnesses may submit a rebuttal list of expert witnesses" by "**August 20, 2020**[,]' that "[a]ll expert discovery shall be completed by **October 2, 2020**[,] and that "[a]ll dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be <u>heard no later than</u> **November 13, 2020**." (ECF 21, 2:12-13, 24-28; 3:1-2, 25; 4:2-3.)

2.     On May 15, 2020, counsel for Defendant called counsel for Plaintiff to meet and confer regarding the upcoming cutoff dates set by the Court's Order. Because counsel for Plaintiff was not available to take the call, on May 18, 2020, counsel for Defendant sent counsel for Plaintiff an e-mail inquiring whether counsel for Plaintiff would be willing to agree to request that the Court vacate the cutoff dates set by the Court's October 2, 2019 Order, or, in the alternative, extend the dates by one (1) year from the filing of any new amended complaint. Counsel for Plaintiff sent an e-mail response agreeing to the request.

3.     Good cause exists for the filing of this request. On October 21, 2019, Defendant filed a motion to dismiss Plaintiff's First Amended Complaint. (ECF 23.) Defendant's motion is currently pending before the Court. It is Defendant's position that it cannot proceed with discovery because the First Amended Complaint fails to allege sufficient facts for Defendant to investigate the nature of Plaintiff's claims. Plaintiff disagrees. Until the Court rules on Defendant's motion, the parties cannot move forward in the case. In addition, counsel for Defendant has recently taken over the defense of the case and needs additional time to familiarize himself with the facts and issues. The parties also agree that discovery in this matter, including depositions of various witnesses, may require more time than expected, through no fault of the parties or their respective counsel, in light of the ongoing Covid-19 pandemic and related government-ordered shelter in place orders.

1  Accordingly, vacating the cutoff dates set by the Court's October 2, 2019 Order, or, in the
2  alternative, extending the dates by one (1) year from the filing of any new amended complaint,
3  will provide sufficient time for both parties to complete fact discovery and expert discovery,
4  including depositions, and provide sufficient time for the parties to file dispositive motions, as
5  necessary.
6  FOR THE FOREGOING REASONS, THE PARTIES REQUEST THAT THE COURT,
7  FOR GOOD CAUSE, AMEND THE OCTOBER 2, 2019 STATUS (PRETRIAL
8  SCHEDULING) ORDER, BY VACATING THE CUTOFF DATES FOR DISCOVERY,
9  EXPERT DISCOVERY, AND DISPOSITIVE MOTIONS, OR, IN THE ALTERNATIVE,
10 EXTEND THE DATES BY ONE (1) YEAR FROM THE FILING OF ANY NEW AMENDED
11 COMPLAINT.
12 **IT IS SO STIPULATED.**

Dated:  May 26, 2020                                   Respectfully submitted,

                                                       XAVIER BECERRA
                                                       Attorney General of California
                                                       ANDREA R. AUSTIN
                                                       Supervising Deputy Attorney General


                                                       */s David S. Kim*

                                                       DAVID S. KIM
                                                       Deputy Attorney General
                                                       *Attorneys for Defendant*
                                                         *California Department of Social Services*
                                                         *(erroneously sued as the State of California*
                                                         *and the Health and Human Services*
                                                         *Agency)*

Dated: May 26, 2020

Respectfully submitted,

MICHAEL J. FREIMAN

 */s David S. Kim on behalf of and with written permission from*

MICHAEL J. FRIEMAN
*Attorney for Plaintiff Clarice Sanders-Hollis*

## ORDER

After considering the parties' stipulation, and finding good cause therefore, the Court hereby EXTENDS the cutoff dates for discovery, expert discovery, and dispositive motions set by the Court's October 2, 2019 Status (Pretrial Scheduling) Order by one (1) year from the filing of any new amended complaint.

**IT IS SO ORDERED.**

Dated: June 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE